# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

134139

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CHILDRED EARLIE JORDAN,
      Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134139
COA: 267152
Genesee CC: 05-015536-FC

_____/

      On order of the Court, the application for leave to appeal the May 31, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

Clerk

p1119